[Nos. 28322-7-I; 30790-8-I.    Division One.    March 7, 1994.]

THE STATE OF WASHINGTON, *Appellant*, v. SHAWN McDANIEL, *Respondent*.

Appeals from judgments of the Superior Court for King County, No. 90-1-03809-9, Liem E. Tuai, J., entered April 4 and 16, 1991, and May 28, 1992. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Grosse and Kennedy, JJ.

[No. 32536-1-I.    Division One.    March 7, 1994.]

THOMAS BENNETT, ET AL, *Appellants*, v. KING COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-15882-7, Donald D. Haley, J., entered July 20, 1992. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Kennedy, JJ.

[Nos. 29026-6-I; 29119-0-I.    Division One.    March 7, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. VESTER MARSHALL, JR., *Defendant*, ANTONIO CHACON, ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 91-1-01491-1, Frank L. Sullivan, J., entered August 12, 1991. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Scholfield and Becker, JJ.